UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re

        Mohammed Hassan

Case No.    1-12-40906-cec

          Debtor(s).
-------------------------------------------------------X

## DEBTOR'S APPLICATION TO DISMISS CHAPTER 13 CASE

The Debtor(s), pursuant to 11 U.S.C. Sec 1307(b), hereby elects to dismiss the above-captioned case. The debtor(s) is entitled to a dismissal of his/her case because:

1. This case, filed on February 9, 2012, is a case under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted under 11 U.S.C. Sec. 706 or 11 U.S.C. Sec. 1112 of the Bankruptcy Code.

Date:   March 13, 2012

                                                   s/ Mohammed Hassan